# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br> Plaintiff(s), <br> vs. <br> SATICOY BAY LLC, SERIES 1304 KINGDOM, et al., <br> Defendant(s). | Case No. 2:17-cv-01510-RFB-NJK <br> ORDER <br> (Docket Nos. 12, 14) |

Pending before the Court are motions for demand of security of costs, Docket Nos. 12, 14, which are hereby **GRANTED**. Plaintiff shall deposit the security of costs by August 29, 2017.

IT IS SO ORDERED.

DATED: August 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge