Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
       atully@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.; a national banking association<br><br>Plaintiffs,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 1304 KINGDOM, a Nevada limited-liability company; CASTLEGATE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; LEACH JOHNSON SONG & GRUCHOW, LTD., a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01510-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF LEACH JOHNSON SONG & GRUCHOW, LTD.** |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Leach Johnson Song & Gruchow, Ltd. ("LJS&G," and together with Wells Fargo, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, the above-captioned action concerns an NRS 116 foreclosure sale involving that real property in Clark County, Nevada with APN 163-04-513-004, commonly known as 1304 Kingdom Street, Las Vegas, NV 89117 (the "Property");

- 1 -

4839-5196-3724.1

WHEREAS, Wells Fargo filed its Complaint on May 26, 2017, alleging several causes of action against LJS&G; and

WHEREAS, LJS&G disclaims any interest in the property.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The Complaint is dismissed without prejudice as to LJS&G only, with each party to bear their own fees/costs.

2. LJS&G shall be bound by any non-monetary final order, judgment or decree as to the disposition of the Property and the validity of the NRS 116 foreclosure sale of the Property.

3. Any statute of limitations for the causes of action asserted against LJS&G in the Complaint shall be tolled from the date this Stipulation is signed by the parties until the litigation is fully and finally concluded.

4. Within thirty (30) days after entry of this Stipulation and Order, LJS&G shall produce to Wells Fargo's attorneys of record any documents relevant to the above-captioned litigation along with a Certificate of Custodian of Records.

5. Upon request by Wells Fargo, LJS&G shall produce, to Wells Fargo's attorneys of record, a knowledgeable witness for deposition regarding the facts and circumstances in this case. Wells Fargo shall give LJS&G 30 days' notice of the deposition and coordinate the time, date and location with LJS&G. LJS&G will also produce a similar witness for trial, if necessary.

///
///
///
///
///
///
///
///
///

4839-5196-3724.1

Wherefore, the undersigned request this Court enter an Order granting the above stipulation.

Dated: August 29, 2017.

SNELL & WILMER L.L.P.

By: /s/ 
Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

Dated: August 29, 2017.

LEACH JOHNSON SONG & GRUCHOW

By: /s/
Sean L. Anderson, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone: (775) 682-4300
Facsimile: (775) 682.4301

*Defendant*

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of August, 2017.

- 3 -

4839-5196-3724.1

## CERTIFICATE OF SERVICE

I hereby certify that on _August 29_, 2017, I electronically transmitted the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF LEACH JOHNSON SONG & GRUCHOW, LTD.** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED this _29_ day of _August_, 2017.

_____
An employee of SNELL & WILMER L.L.P.

- 4 -

4839-5196-3724.1