Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
        atully@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.; a national banking association<br><br>Plaintiffs,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 1304 KINGDOM, a Nevada limited-liability company; CASTLEGATE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; LEACH JOHNSON SONG & GRUCHOW, LTD., a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01510-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO SATICOY BAY LLC SERIES 1304 KINGDOM'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Saticoy Bay, LLC Series 1304 Kingdom ("Saticoy Bay"), by and through their respective counsel (collectively the "Parties"), hereby stipulate and agree to extend the time for Plaintiff to respond to Saticoy Bay's Motion to Dismiss Complaint [ECF Doc. 22] ("Motion"). The Motion was filed September 11, 2017. The current deadline for responses to the Motion is September 25, 2017, and the Parties have agreed that the new deadline for Plaintiff should be October 2, 2017.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

WHEREAS, Plaintiff requires a short extension of time to review and evaluate the Motion and related documents;

WHEREAS, Plaintiff requested, and Saticoy Bay agreed, to extend the time for Plaintiff to respond to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1.    Plaintiff shall have until October 2, 2017 to respond to the Motion.

2.    Saticoy Bay shall have until October 9, 2017 to reply in support of the Motion.

Dated: September 14, 2017

SNELL & WILMER L.L.P.


By: */s/ Adam Tully*
    Robin E. Perkins, Esq. (NV Bar No. 9891)
    Adam Tully, Esq. (NV Bar No. 13601)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252

    *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

Dated: September 14, 2017

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.


By:   */s/ Adam R. Trippiedi*
    Michael F. Bohn, Esq. (NV Bar 1641)
    Adam R. Trippiedi, Esq. (NV Bar 12294)
    376 East Warm Springs Road, Suite 140
    Las Vegas, NV 89119
    Telephone: 702-642-3113
    Facsimile: 702-642-9766

    *Attorneys for Defendant Saticoy Bay LLC Series 1304 Kingdom*

## **ORDER**

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 18th day of September, 2017.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 2 -

1

Respectfully submitted,

2

SNELL & WILMER L.L.P.

3

4
By: /s/ Adam Tully
    Robin E. Perkins, Esq. (NV Bar No. 9891)

5
    Adam Tully, Esq. (NV Bar No. 13601)
    3883 Howard Hughes Parkway, Suite 1100

6
    Las Vegas, NV 89169

7
    *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4815-9075-4383.1

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1

## **CERTIFICATE OF SERVICE**

2        I hereby certify that on September 14, 2017, I electronically transmitted the foregoing

3   **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE**

4   **TO SATICOY BAY LLC SERIES 1304 KINGDOM'S MOTION TO DISMISS** to the

5   Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic

6   Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

7

8

    DATED this 14th day of September, 2017.

9

10                           */s/ Patricia Larsen*
                        An employee of SNELL & WILMER L.L.P.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4815-9075-4383.1