1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   ADAM R. TRIPPIEDI, ESQ.
3  Nevada Bar No.: 12294
   atrippiedi@bohnlawfirm.com
4  LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.
5  376 East Warm Springs Road, Ste. 140
   Las Vegas, Nevada 89119
6  (702) 642-3113/ (702) 642-9766 FAX
   Attorney for defendant Saticoy Bay LLC Series
7  1304 Kingdom

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | CASE NO.: 2:17-cv-01510-RFB-NJK |
| Plaintiff, | |
| vs. | |
| SATICOY BAY LLC SERIES 1304 KINGDOM; CASTLEGATE HOMEOWNERS ASSOCIATION; LEACH JOHNSON SONG & GRUCHOW, LTD., | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND TIME FOR OPPOSITION AND REPLY TO PLAINTIFF WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT [ECF No. 34] [FIRST REQUEST]**

Defendant Saticoy Bay LLC Series 1304 Kingdom ("defendant"), and plaintiff Wells Fargo Bank, N.A. ("plaintiff"), by and through their respective counsel, hereby stipulate that the deadline for defendant to respond to plaintiff's Motion for Summary Judgment (ECF 34), filed on November 1, 2017, is extended from the current date of November 22, 2017, deadline to **December 6, 2017**.

/ / /

/ / /

/ / /

1

1     The parties further stipulate that the deadline for plaintiff to file its reply in support of its motion to dismiss be extended from the current date of November 29, 2017, to December 20, 2017.

    DATED this 22nd day of November, 2017.

| SNELL & WILMER | LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD. |
|---|---|
| By: /s/ Tanya Lewis, Esq. / <br> ROBIN E. PERKINS, ESQ. <br> ADAM TULLY, ESQ. <br> TANYA LEWIS, ESQ. <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, Nevada 89169 <br> Attorney for plaintiff Wells Fargo Bank, N.A. | By: /s/ Michael F. Bohn, Esq. / <br> MICHAEL F. BOHN, ESQ. <br> ADAM R. TRIPPIEDI, ESQ. <br> 376 E. Warm Springs Rd., Ste. 140 <br> Las Vegas, NV 89119 <br> Attorney for defendant Saticoy Bay LLC |

    IT IS SO ORDERED this _____ day of November, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of November, 2017.