| | |
|---|---|
| 1 | ASHLIE L. SURUR, ESQ. |
| | Nevada Bar No. 11290 |
| 2 | asurur@lawhjc.com |
| 3 | **HALL, JAFFE & CLAYTON, LLP** |
| | 7425 Peak Drive |
| 4 | Las Vegas, Nevada 89128 |
| | (702) 316-4111 |
| 5 | Fax (702) 316-4114 |
| 6 | *Attorneys for Castlegate* |
| | *Homeowners Association* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.; a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 1304 KINGDOM, a Nevada limited-liability company, CASTLEGATE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; LEACH JOHNSON SONG & GRUCHOW, LTD., a Nevada limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-01510-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 34]**<br>**(Second Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, the parties, by and through their respective attorneys of record, stipulate as follows:

1. Plaintiff filed a motion for summary judgment on November 1, 2017. *See* ECF No. 34.

2. On November 27, 2017, the court issued an order extending the response deadline on the motion for summary judgment from November 22, 2017, to December 6, 2017. *See* ECF No. 39.

3. There is good cause to grant another extension of the response deadline. The parties require additional time to address the legal and factual arguments presented in the motion for summary judgment. This case remains in discovery and the dispositive motion

1

deadline has not expired. This stipulated extension does not prejudice any party and will not cause undue delay.

4. Therefore, the parties agree to extend the time to file oppositions to the motion for summary judgment [ECF No. 34] to **December 15, 2017**.

5. The parties also agree to extend the time to file any reply briefs to January 15, 2018.

| Dated: December 7, 2017. | Dated: December 7, 2017. |
|---|---|
| HALL, JAFFE & CLAYTON, LLP | SNELL & WILMER L.L.P. |
| By: _/s/Ashlie L. Surur_<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Castlegate*<br>*Homeowners Association* | By: _/s/Tanya Q. Lewis_<br>Robin E Perkins, Esq.<br>Nevada Bar No. 9891<br>Adam Q. Tully, Esq.<br>Nevada Bar No. 13601<br>Tanya Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Wells Fargo Bank, N.A.* |
| Dated: December 7, 2017.<br><br>LAW OFFICES IF MICHAEL F. BOHN, ESQ. LTD.<br><br>By: _/s/Michael F. Bohn_<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>Adam Trippiedi, Esq.<br>Nevada Bar No. 12294<br>376 E. Warm Springs Rd., Ste. 140<br>Las Vegas, Nevada 89119<br>*Attorneys for Saticoy Bay, LLC* | |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 12th day of December, 2017.

2