ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Castlegate*
*Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.; a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 1304 KINGDOM, a Nevada limited-liability company, CASTLEGATE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; LEACH JOHNSON SONG & GRUCHOW, LTD., a Nevada limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-01510-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 34]**<br>**(Third Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, the parties, by and through their respective attorneys of record, stipulate as follows:

1. Plaintiff filed a motion for summary judgment on November 1, 2017. *See* ECF No. 34.

2. On November 27, 2017, the court issued an order extending the response deadline on the motion for summary judgment from November 22, 2017, to December 6, 2017. *See* ECF No. 39.

3. A second extension was granted setting the response deadline to December 15, 2017. *See* ECF No. 43

4. There is good cause to grant another extension of the response deadline. The

1

parties require additional time to address the legal and factual arguments presented in the motion for summary judgment. This case remains in discovery and the dispositive motion deadline has not expired. This stipulated extension does not prejudice any party and will not cause undue delay. In addition, the parties have been discussing whether a stay is appropriate for this case. On December 15, 2017, a motion to stay was filed. The motion is unopposed and all participating parties filed non-oppositions. The requested extension allows the parties to forgo briefing issues that may become moot if the stay is approved.

5. Therefore, the parties agree to extend the time to file oppositions to the motion for summary judgment [ECF No. 34] to **December 29, 2017**.

6. The parties also agree to extend the time to file any reply briefs to **January 24, 2018**.

| | |
|---|---|
| Dated: December 15, 2017.<br><br>HALL, JAFFE & CLAYTON, LLP<br><br>By: _/s/Ashlie L. Surur_<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Castlegate Homeowners Association* | Dated: December 15, 2017.<br><br>SNELL & WILMER L.L.P.<br><br>By: _/s/Tanya Q. Lewis_<br>Robin E Perkins, Esq.<br>Nevada Bar No. 9891<br>Adam Q. Tully, Esq.<br>Nevada Bar No. 13601<br>Tanya Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Wells Fargo Bank, N.A.* |
| Dated: December 15, 2017.<br><br>LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.<br><br>By: _/s/Michael F. Bohn_<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>Adam Trippiedi, Esq.<br>Nevada Bar No. 12294<br>376 E. Warm Springs Rd., Ste. 140<br>Las Vegas, Nevada 89119<br>*Attorneys for Saticoy Bay, LLC* | IT IS SO ORDERED:<br><br>_____<br>RICHARD F. BOULWARE, II<br>United States District Judge<br><br>DATED this 19th day of December, 2017. |

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____