UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1304 KINGDOM; CASTLEGATE HOMEOWNERS ASSOCIATION; LEACH JOHNSON SONG & GRUCHOW, LTD.,<br><br>Defendants. | Case No. 2:17-cv-01510-RFB-NJK<br><br>AMENDED ORDER |

On April 21, 2017, this Court certified a question of law regarding NRS 116's notice requirement to the Nevada Supreme Court in <u>Bank of N.Y. Mellon v. Star Hill Homeowners Ass'n</u>, Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid inconsistent decisions or partial decisions on some but not all issues, the Court will not consider any further motions until the parties have had the opportunity to receive and address the Nevada Supreme Court's opinion on this issue.

The Case was previously stayed pursuant to Court's [51] Order granting Motion to Stay case.

**IT IS FURTHER ORDERED** that Defendant Saticoy Bay LLC, Series 1304 Kingdom's Motion to Dismiss (ECF No. 22) and Plaintiff Wells Fargo Bank, N.A..'s Motion for Summary Judgment (ECF No. 34) are DENIED without prejudice. The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion to Dismiss/Motion for Summary Judgment or to file a notice renewing the previously filed

motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that all other pending motions are DENIED without prejudice.

**DATED** this 13th day of July, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**