**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:17-cv-01510-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 67) |
| SATICOY BAY LLC, *et al.*, | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Castlegate Homeowners Association's notice of settlement. Docket No. 67. The Court **ORDERS** these parties to file a stipulation of dismissal no later than February 11, 2019.

IT IS SO ORDERED.

Dated: December 11, 2018

_____

NANCY J. KOPPE
United States Magistrate Judge

1