UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:17-cv-01510-RFB-NJK |
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| SATICOY BAY LLC SERIES 1304 KINGDOM; CASTLEGATE HOMEOWNERS ASSOCIATION; LEACH JOHNSON SONG & GRUCHOW, LTD., | |
| Defendants. | |

Plaintiff Wells Fargo Bank, N.A. opened this case by filing a complaint on May 26, 2017. Plaintiff filed two certificates of cash deposit of $500 each pursuant to NRS 18.130(1) on August 24, 2017. ECF Nos. 18, 19. The Court dismissed the case with prejudice against all remining defendants on June 4, 2016. ECF No. 76. However, the Court's order did not address the certificates of cash deposit. The Court now corrects its Order to include instructions regarding the $500 deposits.

**IT IS ORDERED** that the $500 deposits, plus interest, be refunded in accordance with the certificates of cash deposit, ECF Nos. 18, 19 to:

Wells Fargo Bank, N.A. c/o Snell & Wilmer, LLP'

3883 Howard Hughes Parkway, Suite 1100,

Las Vegas, NV 89169

unless a party objects to this order by no later than 10 days.

**DATED** this 20th day of August, 2019.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1